1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IHOP FRANCHISING, LLC;  IHOP PROPERTIES, LLC; IHOP IP, LLC; and INTERNATIONAL HOUSE OF PANCAKES, LLC,<br><br>              Plaintiffs,<br><br>      vs.<br><br>SULTAN HAMEED,<br><br>              Defendant. | Case No.  2:14-cv-1752-TLN-CKD<br><br>**FINAL JUDGMENT** |

2:14-cv-1752-TLN-CKD

## <u>FINAL JUDGMENT</u>

It is hereby ORDERED that:

1.      Defendant Sultan Hameed, his officers, agents, servants, employees, and all others in active concert or participation with any of them are enjoined and restrained from:

(a)      using  "IHOP", "IHOP Restaurant", "International House of Pancakes", "International House of Pancakes Restaurant" and any of the marks with the following registration numbers on the principal register: 2,332,311;  2,654,144;  2,846,136; 2,942,609;  3,003,423;  3,408,102;  3,429,404;  3,429,405;  3,429,406;  3,429,408; 3,433,996;  3,433,997;  3,507,059;  3,514,724;  3,526,262;  3,526,263;  3,603,073; 3,616,420;  3,616,421;  3,705,677;  3,731,730;  3,743,560;  3,771,927;  3,822,209; 3,923,246;  3,985,927;  4,015,959;  4,025,593;  4,026,923;  4,036,165;  4,036,166; 4,036,294;  4,050,866;  4,094,780;  4,111,120;  4,151,113;  4,168,136;  4,226,503; 4,226,504;  4,281,615;  4,281,618;  4,393,443;  4,407,990;  4,407,992; and 4,642,598 (collectively, the "IHOP Marks");

(b)      using any trademark, service mark, logo, or trade name that is confusingly similar to "IHOP", "IHOP Restaurant", "International House of Pancakes",  "International House of Pancakes Restaurant" or any IHOP Mark;

(c)      otherwise infringing "IHOP", "IHOP Restaurant", "International House of Pancakes",  "International House of Pancakes Restaurant" or any IHOP Mark, or using any similar designation, alone or in combination with any other component;

(d)      passing off any of their goods or services as those of IHOP Franchising, LLC or IHOP Franchising, LLC's authorized franchisees;

(e)      causing likelihood of confusion or misunderstanding as to the source or sponsorship of their business, goods, or services;

(f)      causing likelihood of confusion or misunderstanding as to their affiliation, connection, or association with IHOP Franchising, LLC and IHOP Franchising, LLC's franchisees or any of IHOP Franchising, LLC's goods or services;

1        (g)      unfairly competing with IHOP Franchising, LLC or IHOP's franchisees, in

2   any manner; and

3        (h)      operating a restaurant at 3800 Northgate Boulevard, Sacramento, California.

4       2.     Defendant Sultan Hameed has no right to possession of the premises at 3800

5   Northgate Boulevard, Sacramento, California.

6       3.     This permanent injunction is effective immediately.

7       4.     Plaintiffs IHOP Franchising, LLC, IHOP Properties, LLC, IHOP IP, LLC, and

8   International House Of Pancakes, LLC shall recover from Defendant Sultan Hameed the

9   amount of three hundred seventy seven thousand and thirty two dollars and twenty eight cents

10  ($377,032.28 ), plus post judgment interest at the rate of 18% per annum.  Plaintiffs shall be

11  entitled to their attorneys fees and costs incurred related to collecting on this judgment.

13  Dated:  June 2, 2015

15  _____
16  Troy L. Nunley
    United States District Judge

-3-